UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRACY SONOGA,

      Plaintiff,

v.                                                          Case No.  8:23-cv-2257-KKM-SPF

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff seeks judicial review of an administrative decision denying his claim for Social Security disability benefits (*see* Doc. 1). At this juncture, the Commissioner seeks entry of an order reversing and remanding the case for further administrative action. Specifically, the Commissioner asserts:

> On remand, the case will be remanded to an administrative law judge who will offer the claimant an opportunity for a supplemental hearing and issue a new decision.

(Doc. 24 at 1).   Plaintiff has no objection.

Upon consideration, it is hereby **RECOMMENDED**:

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 24) be **GRANTED**.

2. The Commissioner's decision be **REVERSED** and the case be **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court be directed to enter judgment for Plaintiff and close this case.

**IT IS SO REPORTED** at Tampa, Florida on June 5, 2024.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.